# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lean Focus Group LLC, | No. CV-22-00684-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Profusion Trade Bulgaria EOOD, et al., | |
| Defendants. | |

Due to a clerical error;

IT IS ORDERED vacating the Rule 16 Scheduling Conference set on February 9, 2023 to be reset after all Defendants have been served.

Dated this 10th day of January, 2023.

_____
Susan R. Bolton
United States District Judge